LEO P FLANGAS, ESQ.
Nevada Bar No. 5637
THOMAS FRONCZEK, ESQ.
Nevada Bar No. 11380
FLANGAS LAW FIRM, LTD.
600 S. Third Street
Las Vegas, Nevada 89101
Telephone:    (702) 384-1990
Facsimile:    (702) 384-1009
E-mail: leo@flangaslawfirm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWBRIDGE SECURITIES CORPORATION,<br><br>                 Plaintiff(s),<br><br>vs.<br><br>SMART POWERR CORP f/k/a CHINA RECYCLING ENGERGY CORPORATION, a domestic corporation; SECURITIES TRANSFER CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES I through X,<br><br>                 Defendants. | CASE NO.: |

## COMPLAINT

COMES NOW the Plaintiff, NEWBRIDGE SECURITIES CORPORATION ("Newbridge" or "Plaintiff"), by and through undersigned counsel, and states the following for its Complaint:

### I.    PARTIES, JURISDICTION AND VENUE

1. Plaintiff is a Florida corporation located at 1200 North Federal Highway, Suite 400, Boca Raton, FL 33432.

2. Defendant Smart Powerr Corp f/k/a China Recycling Energy Corporation ("CREG") is incorporated in the state of Nevada with a Nevada Business ID of NV20011420888.

3. Plaintiff is informed and believes and thereupon alleges that, at all relevant times, Security Transfer Corporation ("STC"), is a Texas Corporation and is the transfer agent for Defendant

CREG.

4. The true names and capacities of the Defendants named herein as DOES I-X, inclusive, whether individual, corporate, associate or otherwise, are presently unknown to Plaintiff who therefore sues the said Defendants by such fictitious names; and when the true names and capacities of DOES I-X inclusive are discovered, Plaintiff will ask leave to amend this Complaint to substitute the true names of the said Defendants. Plaintiff is informed, believes, and therefore alleges that the Defendants so designated herein are responsible in some manner for the events and occurrences contained in this action.

5. Plaintiff is informed and believes, and thereupon alleges, that at all times mentioned in this complaint, Defendants and Does 1-X were the agents and/or employees of each other, and in doing the things alleged in this complaint, were acting within the course and scope of that agency and/or employment.

6. The Plaintiff, Newbridge Securities Corporation, is incorporated under the laws of the State of Florida, and has its principal place of business in the State of Florida.

7. Defendant China Recycling Energy Corporation is incorporated under the laws of the State of Nevada, and has its principal place of business in the Yanta District, Xi'an, China.

8. Defendant STC is a transfer agent as regulated by the Securities and Exchange Commission and operating nationally, including in Nevada.

9. This Court has subject-matter jurisdiction, pursuant to the provisions of 28 U.S.C. § 1332 as the amount in controversy is more than $75,000 and all plaintiffs are of different citizenship than all defendants.

10. This Court has further subject-matter jurisdiction as the duties of Defendants, and each of them, related to the issuing and transferring of stock is governed by the Securities Exchange Act of 1934 (as amended).

11. Venue is proper in the District of Nevada as the violations alleged herein occurred in, or affected, residents of more than one State.

12. Venue is further proper as the Defendants conducted, and continue to conduct, business in the State of Nevada.

## II.    GENERAL ALLEGATIONS

13. On October 10, 2019, Plaintiff Newbridge Securities Corporation ("Newbridge") entered into a Letter of Engagement ("Agreement") executed by China Recycling Energy Corporation.

14. CREG failed to perform under the Agreement.

15. Plaintiff filed an action in the federal Court for the District of Nevada on or about March 30, 2022 (the "Federal Court Action").

16. As a result of the Federal Court Action, Plaintiff received an Order and Judgment on March 15, 2023 (2:22-cv-00551-JAD-VCF, ECF 23) awarding $139,066 worth of shares of CREG stock to Newbridge (the "March 2023 Order").

17. As of January 19, 2023, that $139,066 amount equaled 71,684 shares of CREG, but now interest has accrued, Newbridge is entitled to attorney's fees, and CREG's share price has decreased from $1.94 per share.

18. Plaintiff has provided a copy of the March 2023 Order to Defendant CREG, but CREG has not complied with the terms of the March 2023 Order.

19. Defendant STC is the transfer agent for CREG which has the power to issue, transfer, and/or otherwise convey shares of CREG's stock.

20. Plaintiff has provided a copy of the March 2023 Order to Defendant STC, but STC has not complied with the terms of the March 2023 Order.

21. Plaintiff now seeks to compel Defendant CREG to comply with the March 2023 Order and/or to compel STC to issue, transfer, or otherwise convey the shares to Plaintiff to comply with the

March 2023 Order.

22. Defendants must now be ordered to issue, transfer, or otherwise convey $139,066, plus interest and attorney's fees, worth of Smart Powerr stock (CREG) to Newbridge. The shares of stock to be issued, transferred, or otherwise conveyed must be calculated 1) based on the interest accrued on the $139,066 identitified in the March 15, 2023 Order, and 2) based on the share price of CREG at the time of transfer or issuance.

23. Plaintiff is entitled to an award of attorney's fees based on paragraph 14 of the agreement upon which the March 2023 Order is based.

### III.    CAUSES OF ACTION

**First Cause of Action**
**(Declaratory Relief as to All Defendants)**

24. Plaintiff repleads, realleges, and incorporates by reference the allegations in each and every preceding paragraph as if fully set forth herein.

25. Plaintiff holds a valid Order which states that CREG must issue, transfer, or otherwise convey - or cause to be issued, transferred, or otherwise conveyed – the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock to Plaintiff.

26. The Agreement that CREG breached states that Plaintiff has the right to assign all or a portion of the stock due to Newbridge to Newbridge affiliates, employees, or any other third-party assignee.

27. Plaintiff wishes to assign the stock as follows:

| Assignee | Percentage of CREG Shares |
|---|---|
| Constantino Gutierrez | 59.8% |
| Sandstone Group Corp. | 15.2% |
| Newbridge Securities Corp. | 24.5% |
| Bruce Jordan | 0.5% |

28. This Court must declare that Plaintiff is the rightful owner of the equivalent of $139,066, plus

interest and attorney's fees, in shares of CREG stock and must compel Defendants to issue, transfer, or otherwise convey those shares as stated above.

**Second Cause of Action**
**(Injunctive Relief as to All Defendants)**

29. Plaintiff repleads, realleges, and incorporates by reference the allegations in each and every preceding paragraph as if fully set forth herein.

30. Defendants, and each of them, have prevented and/or continue to prevent Plaintiff's rightful acquisition of the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock.

31. Defendants must be enjoined from taking action in contravention of the Order and in contravention of Plaintiff's right to the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock, or otherwise impairing Plaintiff's right to the same.

**Third Cause of Action**
**(Mandamus as to All Defendants)**

32. Plaintiff repleads, realleges, and incorporates by reference the allegations in each and every preceding paragraph as if fully set forth herein.

33. The duty to issue, transfer, and/or otherwise convey the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock is based upon the Order and Smart Powerr's role as issuer of CREG stock.

34. The duty to issue, transfer, and/or otherwise convey the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock is based upon STC's duties as transfer agent of Smart Powerr.

35. The issuance, transfer, and/or other conveyance of the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock is a ministerial duty and not discretionary.

36. Defendants are unlawfully precluding Plaintiff's rights to the equivalent of $139,066, plus

interest and attorney's fees, in shares of CREG stock.

37. Plaintiff has a clear legal right to the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock.

38. A writ of mandate must issue against Defendants and in favor of Plaintiff mandating Defendants issue, transfer, and/or otherwise convey (or cause to be issued, transferred, and/or otherwise conveyed) to Plaintiff the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

WHEREFORE, Plaintiff respectfully requests relief as follows:

1.     For an order compelling Defendants, and each of them, to comply with the Federal Court Order and Judgment dated March 15, 2023.

2.     For an order enjoining Defendants, and each of them, from taking action in contravention of the Order and in contravention to Plaintiff's right to 71,684 shares of CREG stock, or otherwise impairing Plaintiff's right to the the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock as set forth in the Federal Court Order and Judgment dated March 15, 2023.

3.     For a writ of mandamus mandating Defendants issue, transfer, and/or otherwise convey (or cause to be issued, transferred, and/or otherwise conveyed) to Plaintiff the equivalent of $139,066, plus interest and attorney's fees, in shares of CREG stock.

4.     For any other statutory damages, where applicable.

5.     For attorney's fees and costs incurred in bringing this action.

6.     For such other and further relief as the Court may deem just and proper.

DATED this 27th day of February 2024.

FLANGAS CIVIL LAW FIRM, LTD.

*/s/ Leo Flangas*
LEO P. FLANGAS, ESQ.
Nevada Bar No. 5637
THOMAS FRONCZEK, ESQ.
Nevada Bar No. 11380
600 S. Third Street
Las Vegas, Nevada 89101
Telephone:    (702) 384-1990
Facsimile:    (702) 384-1009
E-mail: leo@flangaslawfirm.com
*Attorney for Plaintiff*