LEO P FLANGAS, ESQ.
Nevada Bar No. 5637
FLANGAS LAW FIRM, LTD.
616 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:     (702) 384-1990
Facsimile:     (702) 384-1009
E-mail: leo@flangaslawfirm.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEWBRIDGE SECURITIES CORPORATION,<br><br>Plaintiff(s),<br><br>vs.<br><br>SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION, a domestic corporation; SECURITIES TRANSFER CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO.: 2:24-cv-00399-MMD-EJY<br><br>**ORDER GRANTING STIPULATED JUDGMENT** |

COMES NOW, Plaintiff, NEWBRIDGE SECURITIES CORPORATION, by and through their counsel of record, Leo P. Flangas, Esq., of Flangas Civil Law Firm, Ltd., and Defendant, SECURITIES TRANSFER CORPORATION, by and through counsel of record, Rex D. Garner, Esq., of Fox Rothschild hereby stipulate to Judgment being entered against Defendant, SECURITIES TRANSFER CORPORATION, as well as issuance of the specified shares of stock in Defendant SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION, as follows.

The parties stipulate that, pursuant to the original Default Judgment entered against Defendant, SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION, in case no. 2:22-cv-00551-JAD-VCF on October 17, 2022 (Doc. 18), the Court ordered that Plaintiff was entitled to

payment in the amount of $139,066.00.  Based on a valuation per share of Defendant SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION's stock ("CREG") of $3.00/per share as of that date, the Court ordered the transfer of 46,355 shares of CREG to Plaintiff. The Court further ordered that Plaintiff was entitled to assign the shares as it deemed appropriate.

The parties further stipulate that, pursuant to the Amended Default Judgment entered against Defendant, SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION, in case no. 2:22-cv-00551-JAD-VCF on March 15, 2023 (Doc. 23), the Court ordered that Plaintiff was entitled to payment in the amount of $139,066.00.  Based on a valuation per share of Defendant SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION's stock ("CREG") of $1.94/per share as of that date, the Court ordered the transfer of 71,684 shares of CREG to Plaintiff. The Court further ordered that Plaintiff was entitled to assign the shares as it deemed appropriate.

In accordance with the default judgment in the amount of $139,066.00 as stated in the Amended Default Judgment, and based on the current valuation of CREG stock at $1.08/share, the parties stipulate to issuing 128,765 CREG shares of common stock to Plaintiff.  The parties further stipulate to Plaintiff's assignment of the shares as follows:

//
//
//
//
//
//
//
//

| Assignee | # of Shares |
|---|---|
| Constantino Gutierrez<br>c/o NEWBRIDGE SECURITIES CORPORATION<br>1200 North Federal Highway Ste. 400<br>Boca Raton, FL 33432 | 77,259 |
| Sandstone Group Corp.<br>BUSINESS FILINGS INCORPORATED<br>108 West 13th St.<br>Wilmington, New Castle, DE 19801 | 19,315 |
| Newbridge Securities Corp.<br>1200 North Federal Highway Ste. 400<br>Boca Raton, FL 33432 | 31,547 |
| Bruce Jordan<br>c/o NEWBRIDGE SECURITIES CORPORATION<br>1200 North Federal Highway Ste. 400<br>Boca Raton, FL 33432 | 644 |

**IT IS FURTHER STIPULATED BY THE PARTIES** that Securities Transfer Corporation will not be required to Answer the instant Complaint and Plaintiffs stipulate not to initiate Default Proceedings against Securities Transfer Corporation.

The parties further stipulate that the stipulated judgment shall direct that the above specified shares shall be issued in book entry format and shall be issued with the following restrictive legend:

> THE SHARES REPRESENTED BY THIS CERTIFICATE OR POSITION HAVE NOT BEEN REGISTERED OR QUALIFIED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "33 ACT"), OR ANY OTHER SECURITIES LAWS AND MAY NOT BE OFFERED FOR SALE, SOLD, TRANSFERRED, ASSIGNED, HYPOTHECATED, OR OTHERWISE DISPOSED EXCEPT (1) UPON EFFECTIVE REGISTRATION OF THE TRANSACTION UNDER THE 33 ACT AND OTHER APPLICABLE SECURITIES LAWS COVERING THE SECURITIES OR (2) UPON ACCEPTANCE BY THE COMPANY AND ITS TRANSFER AGENT OF AN OPINION OF COUNSEL IN SUCH FORM AND SUBSTANCE AS IS ACCEPTABLE TO THE EFFECT THAT SUCH REGISTRATION IS NOT REQUIRED OR THAT ANY SUCH TRANSACTION IS EXEMPT FROM THE REGISTRATION REQUIREMENT OF THE 33 ACT.

//

//

Finally, it is also stipulated by the parties that Defendant, SECURITIES TRANSFER CORPORATION, in entering into this stipulation, admits no liability and does not consent to general jurisdiction in Nevada.

Dated this 14th day of May, 2024.

| FLANGAS CIVIL LAW FIRM, LTD. | FOX ROTHSCHILD |
|---|---|
| /s/ *Leo P. Flangas*<br>LEO P. FLANGAS, ESQ.<br>Nevada Bar No.: 5637<br>616 South Eighth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | /s/ *Rex Garner*<br>REX D. GARNER, ESQ.<br>Nevada Bar No.: 9401<br>1980 Festival Plaza, #700<br>Las Vegas, NV 89135<br>*Attorneys for Defendant Securities Transfer Corporation* |

**ORDER**

**THE COURT HEREBY FINDS** that in the original Default Judgment previously entered against Defendant, SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION, in case no. 2:22-cv-00551-JAD-VCF on October 17, 2022 (Doc. 18), the Court ordered that Plaintiff was entitled to payment in the amount of $139,066.00.

**THE COURT FURTHER FINDS** that, based on a valuation per share of Defendant SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION's stock ("CREG") of $3.00/per share as of October 22, 2022, the Court ordered the transfer of 46,355 shares of CREG to Plaintiff. The Court further ordered that Plaintiff was entitled to assign the shares as it deemed appropriate.

**THE COURT FURTHER FINDS** that in the Amended Default Judgment entered against Defendant, SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION, in case no. 2:22-cv-00551-JAD-VCF on March 15, 2023 (Doc. 23), the Court ordered that Plaintiff was entitled to payment in the amount of $139,066.00.

**THE COURT FURTHER FINDS** that, based on a valuation per share of Defendant SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION's stock ("CREG") of $1.94/per share as of March 15, 2023, the Court ordered the transfer of 71,684 shares of CREG to Plaintiff.

**THE COURT FURTHER FINDS** that, in entering into this stipulation, Defendant, SECURITIES TRANSFER CORPORATION admits no liability and does not consent to general jurisdiction in Nevada.

**IT IS HEREBY ORDERED** that, in accordance with the default judgment amount of $139,066.00 as stated in the Amended Default Judgment, and the current valuation of CREG stock at $1.08/share, SECURITIES TRANSFER CORPORATION shall issue 128,765 CREG shares of

common stock to Plaintiff. The parties further stipulate to Plaintiff's assignment of the shares as detailed below.

**IT IS FURTHER ORDERED** that judgment is hereby entered against Defendant, SECURITIES TRANSFER CORPORATION, directing that Defendant, SECURITIES TRANSFER CORPORATION, issue 128,765 CREG shares of common stock to Plaintiff and/or its assignees, as specified below.

**IT IS FURTHER ORDERED** that Securities Transfer Corporation will not be required to Answer the instant Complaint pending at this time and Plaintiffs shall not initiate Default Proceedings against Securities Transfer Corporation.

**IT IS FURTHER ORDERED** that such shares shall be issued in book entry format and shall be issued with the following restrictive legend:

> THE SHARES REPRESENTED BY THIS CERTIFICATE OR POSITION HAVE NOT BEEN REGISTERED OR QUALIFIED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "33 ACT"), OR ANY OTHER SECURITIES LAWS AND MAY NOT BE OFFERED FOR SALE, SOLD, TRANSFERRED, ASSIGNED, HYPOTHECATED, OR OTHERWISE DISPOSED EXCEPT (1) UPON EFFECTIVE REGISTRATION OF THE TRANSACTION UNDER THE 33 ACT AND OTHER APPLICABLE SECURITIES LAWS COVERING THE SECURITIES OR (2) UPON ACCEPTANCE BY THE COMPANY AND ITS TRANSFER AGENT OF AN OPINION OF COUNSEL IN SUCH FORM AND SUBSTANCE AS IS ACCEPTABLE TO THE EFFECT THAT SUCH REGISTRATION IS NOT REQUIRED OR THAT ANY SUCH TRANSACTION IS EXEMPT FROM THE REGISTRATION REQUIREMENT OF THE 33 ACT.

**IT IS FURTHER ORDERED** that Defendant SECURITIES TRANSFER CORPORATION, the transfer agent for Defendant SMART POWERR CORP., shall effectuate the issuance of the above CREG shares of common stock.

**IT IS FURTHER ORDERED** that Defendant SMART POWERR CORP., shall pay to Securities Transfer Corporation its customary fees for doing so. Defendant Securities Transfer Corporation shall have no further liability to plaintiffs or their assigns in this matter once it has

effectuated the issuance of securities to Plaintiff as set forth herein.

**IT IS FURTHER ORDERED** that Plaintiffs may assign the CREG shares referenced above, according to the following schedule of percentages:

| Assignee | Shares |
| --- | --- |
| Constantino Gutierrez<br>c/o NEWBRIDGE SECURITIES CORPORATION<br>1200 North Federal Highway Ste. 400<br>Boca Raton, FL 33432 | 77,259 |
| Sandstone Group Corp.<br>BUSINESS FILINGS INCORPORATED<br>108 West 13th St.<br>Wilmington, New Castle, DE 19801 | 19,315 |
| Newbridge Securities Corp.<br>1200 North Federal Highway Ste. 400<br>Boca Raton, FL 33432 | 31,547 |
| Bruce Jordan<br>c/o NEWBRIDGE SECURITIES CORPORATION<br>1200 North Federal Highway Ste. 400<br>Boca Raton, FL 33432 | 644 |

**IT IS SO ORDERED.**

Dated this <u>15th</u> day of May, 2024.

_____
Miranda M. Du, Chief U.S. District Judge

## RE: [External] Newbridge- Stipulated Judgment

Garner, Rex D. <RGarner@foxrothschild.com>
Tue 5/14/2024 14:59

To: Toby Fronczek <toby@flangaslawfirm.com>
Cc: Ami Meyers <ami@flangaslawfirm.com>; Natasha A. Smith <natasha@flangaslawfirm.com>

Approved. Thank you.



**Rex D. Garner**
Counsel
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
📞 (702) 699-5914
🖨 (702) 597-5503
✉ rgarner@foxrothschild.com

---

**From:** Toby Fronczek <toby@flangaslawfirm.com>
**Sent:** May 14, 2024 2:55 PM
**To:** Garner, Rex D. <RGarner@foxrothschild.com>
**Cc:** Ami Meyers <ami@flangaslawfirm.com>; Natasha A. Smith <natasha@flangaslawfirm.com>
**Subject:** [EXT] Re: [External] Newbridge- Stipulated Judgment

Rex:

Thanks for catching those. Here's the updated one. I think a clean unconditional approval would be better, especially in federal court.

Best,

*Thomas "Toby" Fronczek*
Associate Attorney
Ph. (702) 384-1990
Fax (702) 720-2221

Flangas Civil Law Firm, LTD.

616 S. 8th Street

Las Vegas, NV 89101