## UNITED STATES DISTRICT COURT

for the
DISTRICT OF NEVADA

**NEWBRIDGE SECURITIES CORPORATION**

*Plaintiff*

v.

**SMART POWERR CORP f/k/a CHINA RECYCLING ENGERGY CORPORATION, a domestic corporation; SECURITIES TRANSFER CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES I through X,**

*Defendant*

Civil Action No.

## AFFIDAVIT OF SERVICE

I, Chad Shoffner, state:

The undersigned being duly sworn, deposes and says: Chad Shoffner is not a party to the action, is over 18 years of age and resides at 6055 Stonecreek Drive, Reno, NV 89511.

I served the following documents to Smart Powerr Corp FKA China Recycling Energy Corporation in NV on May 14, 2024 at 12:52 pm at 701 S. Carson Street, Suite 200, Carson City, NV 89701 by leaving the following documents at the usual place of abode of Smart Powerr Corp FKA China Recycling Energy Corporation with Legal Clerk who is of suitable age and discretion who currently resides therein and is not an adverse party.

240228 - Newbridge - Complaint EFILED.pdf
1-3.pdf

Additional Description:
Served RA National Registered Agents Inc

White Female, est. age 35-44, glasses: Y, Brown hair, 200 lbs to 220 lbs, Unknown.
Geolocation of Serve: https://google.com/maps?q=39.1598755228,-119.7668116724

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Washoe County__, __NV__ on __5/15/2024__.

/s/ *Chad Shoffner*
Signature
Chad Shoffner
[R-2023-05268]