LEO P. FLANGAS,
Nevada Bar No. 5637
FLANGAS LAW FIRM, LTD.
616 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1990
Facsimile: (702) 384-1009
Email: leo@flangaslawoffice.com
*Attorney for Plaintiff/Judgment Creditor,*
*Newbridge Securities Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEWBRIDGE SECURITIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SMART POWERR CORP f/k/a CHINA RECYCLING ENERGY CORPORATION, a domestic corporation; SECURITIES TRANSFER CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES I through X,<br><br>Defendants. | Case No.: 2:24-cv-00399-MMD-EJY<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY ORDER GRANTED JUNE 11, 2025** |

Plaintiff/Judgment Creditor **Newbridge Securities Corporation**, by and through its counsel, having filed its Motion to Modify the Court's June 11, 2025 Order (ECF No. 20), and the Court having reviewed the motion, supporting exhibits, pleadings, and case docket, and finding good cause appearing,

**THE COURT HEREBY FINDS:**

1. On June 11, 2025, this Court ordered Defendant **Securities Transfer Corporation** to issue **158,959** shares of Smart Powerr Corp. (CREG) stock to satisfy the remaining balance of the judgment and attorney's fees, calculated at a per-share price of $0.55.

1

2. That Order was not delivered to the transfer agent before **Smart Powerr Corp. effected a 10-for-1 reverse stock split on July 16, 2025**. The previously ordered share counts became unworkable and problematic to the company's post-split capital structure.

3. The market price of CREG shares has materially declined following the reverse split.

4. On **August 4, 2025**, CREG stock closed at **$1.37 per post-split share**.

5. A fixed-price issuance of post-split shares, calculated at $1.37/share, is appropriate to fulfill the remaining judgment balance and avoid further dispute, ambiguity, or motion practice.

6. The Court's prior stipulations from the June 11 Order regarding book-entry format, restrictive legend, jurisdiction, and waiver of default remain valid and are incorporated herein.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. **Modification of Prior Order.** The June 11, 2025 Order is modified to reflect the post-split structure and updated pricing based on market fluctuations. All other provisions remain in effect unless expressly modified.

2. **Outstanding Balance.** The total remaining judgment amount, inclusive of fees and costs, is **$87,717.40**.

3. **Share Issuance.**

    Securities Transfer Corporation shall issue **63,816 post-split shares** of CREG common stock, calculated at a fixed per-share price of **$1.37**, in **book-entry format** and bearing the restrictive legend previously approved by the Court:

THE SHARES REPRESENTED BY THIS CERTIFICATE OR POSITION HAVE NOT BEEN REGISTERED OR QUALIFIED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "33 ACT"), OR ANY OTHER SECURITIES LAWS AND MAY NOT BE OFFERED FOR SALE, SOLD, TRANSFERRED, ASSIGNED, HYPOTHECATED, OR OTHERWISE DISPOSED EXCEPT (1) UPON EFFECTIVE REGISTRATION OF THE TRANSACTION UNDER THE 33 ACT AND OTHER APPLICABLE SECURITIES LAWS COVERING THE SECURITIES OR (2) UPON ACCEPTANCE BY THE COMPANY AND ITS TRANSFER AGENT OF AN OPINION OF COUNSEL IN SUCH FORM AND SUBSTANCE AS IS ACCEPTABLE TO THE EFFECT THAT SUCH REGISTRATION IS NOT REQUIRED OR THAT ANY SUCH TRANSACTION IS EXEMPT FROM THE REGISTRATION REQUIREMENT OF THE 33 ACT.

4. **Allocation of New Shares (Post-Split):**

| Assignee | Address | Share Amount | Percentage |
|---|---|---|---|
| **Sandstone Group Corp.** | Business Filings Inc., 108 W. 13th St., Wilmington, DE 19801 | 47,862 shares | 75% |
| **Newbridge Securities Corp.** | 1200 N. Federal Hwy, Ste. 400, Boca Raton, FL 33432 | 15,954 shares | 25% |

6. **Reservation of Rights.**

This issuance shall constitute **final satisfaction** of the remaining monetary judgment and fee award except that Plaintiff expressly **reserves the right** to seek further relief if

3

enforcement becomes impracticable or future share price fluctuations materially affect the Plaintiff's ability to satisfy the judgment.

7. **Retention of Jurisdiction.**

The Court retains jurisdiction to enforce this Order and resolve any ministerial or compliance issues that may arise.

**IT IS SO ORDERED.**

Dated this 8th day of August, 2025.

_____
Miranda M. Du, U.S. District Court Judge